Mary C. Kretzmann and Janet Michaelson, appellants, v. American Development Company and Andrew Bartoli, Jr., appellees. Gen. No. 38,673.

Opinion filed February 9, 1937.
Wendell H. Shanner, for appellants; Charles V. Laughlin, of counsel. W. Harold Rutherford, for appellees; Richard E. Keogh and Auguste C. Babize, Jr., of counsel.

Mr. Presiding Justice John J. Sullivan delivered the opinion of the court.

Albert Peterson et al., appellants, v. Jason B. Evans et al., appellees. Gen. No. 38,692.

Opinion filed February 9, 1937. Rehearing denied February 23, 1937.
Kremer, Branand & Hayes, for appellants. Martin J. McNally and A. C. Lewis, for appellees.

Mr. Presiding Justice John J. Sullivan delivered the opinion of the court.

Virginia W. Hawkins, appellant, v. Willard Trice Hawkins, appellee. Gen. No. 38,859.

Opinion filed February 9, 1937.
Alex H. Rosenbaum, for appellant. Everett Jennings, for appellee; Edward M. Keating, of counsel.

Mr. Presiding Justice John J. Sullivan delivered the opinion of the court.